UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES HYCHE, as father and
next friend of LUKE HYCHE,
an incapacitated individual,

    Plaintiff,

vs.                              CASE NO: 2:20-CV-1840-ACA

CITY OF PINSON

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

The Plaintiff, James Hyche, and Defendant, City of Pinson by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With Prejudice. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

Respectfully submitted this the 1st day of June, 2021.

Edward I. Zwilling, Esq.
Law Office of Edward I. Zwilling,
LLC 4000 Eagle Point Corporate Dr.
Birmingham, Alabama, 35242
Telephone: (205) 822-2701
Email:
edwardzwilling@zwillinglaw.com
ATTORNEY FOR PLAINTIFF

Timothy P. Donahue, Jr.
(ASB-3267-O70D)
DONAHUE & ASSOCIATES, LLC
1020 22nd Street South
Birmingham, Alabama 35205
Telephone: 205-871-8858
Facsimile: 205-879-1679
Email:
tdonahue@donahue-associates.com