# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**JAMES HYCHE**  }
*as father and next friend of Luke*  }
*Hyche, an incapacitated individual*,  }
   }
   **Plaintiff,**  }   Case No.: 2:20-cv-1840-ACA
   }
**v.**  }
   }
**PINSON, CITY OF,**  }

   **Defendant.**

## ORDER

Pursuant to the joint stipulation of dismissal filed by the parties (doc. 12), the court **DISMISSES** this action **WITH PREJUDICE**. Except as set forth in the settlement agreement, parties are to bear their own costs, expenses, and attorney's fees.

   **DONE** and **ORDERED** this June 3, 2021.

   _____
   **ANNEMARIE CARNEY AXON**
   UNITED STATES DISTRICT JUDGE